[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12771
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00181-TWT-LTW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLIE SHIVERS, III,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 31, 2014)

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

R. Gary Spencer, appointed counsel for Charlie Shivers, III, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Shivers's convictions and sentences are **AFFIRMED**.